The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUILDING SERVICE PENSION TRUST, SERVICE EMPLOYEES HEALTH AND WELFARE TRUST, SERGIO SALINAS, and CHARLES JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE BUILDING SERVICES LLC, a Washington limited liability company, J&P JANITORIAL SERVICES LLC, a Washington limited liability company, and MELVIN FISHER, an individual,<br><br>Defendants. | No. 2-24-cv-00101-JNW<br><br>**ORDER GRANTING EXTENSION OF CASE DEADLINES** |

Having considered the parties' Stipulated Motion for Extension of Case Deadlines, all materials filed in connection therewith, and being fully advised in the premises, the court hereby GRANTS the motion and ORDERS that the case deadlines for the Pretrial Conference and the Bench Trial commencement set in the Court's January 21, 2025 Order (Docket 28) be amended as follows;

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by | March 21, 2025 |
| Discovery completed by | April 21, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | May 19. 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held not later than | July 21, 2025 |
| All motions in limine must be filed by | August 8, 2025 |
| Deposition Designations must be submitted to the court by | August 29, 2025 |
| Agreed Pretrial order due | August 29, 2025 |
| Trial briefs must be filed by | September 5, 2025 |
| Pretrial conference | October 10, 2025 |
| Bench trial begins | October 17, 2025 |

DENO MILLIKAN LAW FIRM, PLLC
3411 COLBY AVENUE
EVERETT, WASHINGTON 98201
425-259-2222

1 | DATED this 18th day of February, 2025.

                                                 Jamal N. Whitehead
                                                 United States District Judge

ORDER GRANTING EXTENSION OF CASE DEADLINES – Page 3

**DENO MILLIKAN LAW FIRM, PLLC**
3411 COLBY AVENUE
EVERETT, WASHINGTON 98201
425-259-2222