UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUILDING SERVICE PENSION TRUST, SERVICE EMPLOYEES HEALTH AND WELFARE TRUST, SERGIO SALINAS, and CHARLES JONES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLIANCE BUILDING SERVICES LLC, a Washington limited liability company, J&P JANITORIAL SERVICES LLC, a Washington limited liability company, and MELVIN FISHER, an individual,<br><br>    Defendants. | Case No. 2:24-cv-00101-JNW<br><br>**ORDER GRANTING EXTENSION OF CASE DEADLINES** |

Having considered the parties' Stipulated Motion for Extension of Case Deadlines, all materials filed in connection therewith, and being fully advised in the premises, the Court hereby GRANTS the motion and ORDERS that the case deadlines set in the Court's February 18, 2025 Order (Docket 33) be amended as follows:

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by | May 21, 2025 |
| Discovery completed by | June 20, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | July 18, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | September 19, 2025 |
| All motions in limine must be filed by | October 8, 2025 |
| Deposition Designations must be submitted to the Court by | October 29, 2025 |
| Agreed pretrial order due | October 29, 2025 |
| Trial briefs must be filed by | November 5, 2025 |
| Pretrial conference | December 8, 2025 |
| Bench trial begins | December 15, 2025 |

**Absent good cause, no further continuances will be granted in this matter.**

DATED this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING EXTENSION
OF CASE DEADLINES                -2-
Case No. 2:24-cv-00101